R. James Miller, State Bar No. 170312
RJM@powersmiller.com
Rebecca L. Menendez, State Bar No. 262487
RLM@powersmiller.com
**POWERS & MILLER**
A Professional Corporation
1545 River Park Drive, Suite 515
Sacramento, California 95815
Telephone No. (916) 924-7900
Telecopier No. (916) 924-7980

Attorneys for Defendants,
JEFFREY DONALD MECCHI and LEAH MECCHI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:10-CV-00782-FCD-GGH |
| Plaintiff, | **STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE ANSWER AND JOINT STATUS REPORT** |
| v. | |
| ESTATE OF DONALD EDWARD MECCHI, DECEASED, | |
| Defendant. | |

    Defendant, Estate of Donald Edward Mecchi, Deceased, requests an extension of time to file an Answer in this matter. An initial extension was granted by plaintiff's counsel of 28 days. Due to a death in defendant's family, counsel requested and was granted another short continuance until August 11, 2010, to file the Answer, as is evidenced by this stipulation.

    Additionally, based upon the extension granted by plaintiff's counsel to file the Answer, the parties have further agreed and stipulated to extend the time to file the Joint Status Report until September 1, 2010.

```
1  DATED: July 15, 2010                    POWERS & MILLER
2
3                                    By:   /S/ original retained by counsel
                                           Rebecca L. Menendez
4                                          Attorneys for Defendant,
                                           Estate of Donald Mecchi
5
6  DATED: July 15, 2010                    U.S. DEPARTMENT OF JUSTICE
7
8                                    By:   /S/ original retained by counsel
                                           E. Robert Wright
9                                          State Bar Number 51681
                                           E.Robert.Wright@usdoj.gov
10                                         Assistant U.S. Attorney
                                           501 I Street, Suite 10-100
11                                         Sacramento, CA 95814
                                           (916) 554-2702
12                                         Attorneys for Plaintiff,
                                           United States of America
```

**ORDER**

Good cause having been shown, the court grants defendants an extension of time until August 11, 2010, to file an Answer in this matter.  Further, the court grants the parties an extension of time until September 1, 2010, to file a Joint Status Report.

Dated: July 16, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE