IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ESTATE OF DONALD EDWARD MECCHI, DECEASED<br><br>    Defendant(s). | No. 2:10-cv-00782-FCD-GGH<br><br>**ORDER AMENDING THE STATUS (PRETRIAL SCHEDULING) ORDER** |

    The Court has considered the parties' Stipulation to Amend the Status (Pretrial Scheduling) Order and, for good cause shown, hereby ORDERS that the Status (Pretrial Scheduling) Order ("Scheduling Order")  [Doc. # 10] be amended as follows:

- Non-Expert Discovery Deadline: **May 5, 2011**
- Expert Disclosure Deadline: **June 10, 2011**
- Supplemental Expert Disclosure Deadline: **June 27, 2011**
- Expert Discovery Completion Deadline: **July 20, 2011**

All other deadlines in the original Scheduling Order shall remain intact.

IT IS SO ORDERED

Date: January 28, 2011

    FRANK C. DAMRELL, JR.
    UNITED STATES DISTRICT JUDGE