BENJAMIN B. WAGNER
United States Attorney
COLLEEN M. KENNEDY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900
Colleen.m.kennedy@usdoj.gov

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br>v.<br><br>ESTATE OF DONALD EDWARD MECCHI, DECEASED,<br><br>                              Defendant. | Case No.  2:10-cv-00782-KJM-GGH<br><br>STIPULATION OF DISMISSAL AND ORDER |

IT IS HEREBY STIPULATED by and between the parties to this action, through their designated counsel, that the above-captioned action shall be dismissed with prejudice, each party to bear its own attorneys' fees and costs.

                                                                    Respectfully submitted,

DATED:  May 29, 2012                           BENJAMIN B. WAGNER
                                                                    United States Attorney


                                                            By:  */s/ Colleen M. Kennedy*
                                                                    COLLEEN M. KENNEDY
                                                                    Assistant United States Attorney
                                                                    Attorney for Plaintiff
                                                                    UNITED STATES OF AMERICA

DATED:  May 29, 2012                           POWERS & MILLER

                                                            By:  */s/ Rebecca L. Menendez*
                                                                    R. JAMES MILLER
                                                                    REBECCA L. MENENDEZ
                                                                    Attorneys for Defendant
                                                                    ESTATE OF DONALD EDWARD MECCHI

1
Stipulation of Dismissal and Order

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

It is so Ordered.

DATED: May 30, 2012.

_____
UNITED STATES DISTRICT JUDGE