BENJAMIN B. WAGNER
United States Attorney
COLLEEN M. KENNEDY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900
Colleen.m.kennedy@usdoj.gov

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                    Plaintiff,<br>v.<br><br>ESTATE OF DONALD EDWARD MECCHI, DECEASED,<br><br>                                    Defendant. | Case No.  2:10-cv-00782-KJM-GGH<br><br>STIPULATION OF DISMISSAL AND ORDER |

   IT IS HEREBY STIPULATED by and between the parties to this action, through their designated counsel, that the above-captioned action shall be dismissed with prejudice, each party to bear its own attorneys' fees and costs.

                                                            Respectfully submitted,

DATED:  May 29, 2012                        BENJAMIN B. WAGNER
                                                            United States Attorney


                                                    By:  */s/ Colleen M. Kennedy*
                                                            COLLEEN M. KENNEDY
                                                            Assistant United States Attorney
                                                            Attorney for Plaintiff
                                                            UNITED STATES OF AMERICA

DATED:  May 29, 2012                        POWERS & MILLER

                                                    By:  */s/ Rebecca L. Menendez*
                                                            R. JAMES MILLER
                                                            REBECCA L. MENENDEZ
                                                            Attorneys for Defendant
                                                            ESTATE OF DONALD EDWARD MECCHI

1
Stipulation of Dismissal and Order

**ORDER**

It is so Ordered.

DATED: May 30, 2012.

_____
UNITED STATES DISTRICT JUDGE